# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-3183

———————

Jeremy Michael Atwood,          *
                                  *

        Appellant,       *
                                  *    Appeal from the United States
   v.                      *    District Court for the
                                  *    Northern District of Iowa.
Terry Mapes, Warden,      *
                                  *      [UNPUBLISHED]
        Appellee.       *

———————

Submitted: September 7, 2005
Filed: September 13, 2005

———————

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

An Iowa jury found Jeremy Atwood guilty of vehicular homicide. After the Iowa courts affirmed Atwood's conviction and denied postconviction relief, see State v. Atwood, 602 N.W.2d 775 (Iowa 1999), cert. denied, 529 U.S. 1091 (2000); Atwood v. State, No. 01-2039, 2002 WL 31883007 (Iowa Ct. App. Dec. 30, 2002), he filed this 28 U.S.C. § 2254 habeas petition, renewing his claims related to the trial court's handling of an anonymous threat received near the end of his criminal trial. The district court[1] denied relief, but granted a certificate of appealability.

———————

[1]The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa, adopting the report and recommendations of the

Following our careful review of the record, the briefs, and the applicable law, we conclude the district court properly denied Atwood's habeas petition, for the reasons cited in the magistrate judge's thorough report, adopted by the district court in a well-reasoned memorandum opinion.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____

Honorable Paul A. Zoss, United States Magistrate Judge for the Northern District of Iowa.